1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDREW JESSE HERNANDEZ, Sr.,                    Case No.  2:21-cv-01629-JDP (PC)

12              Plaintiff,                            ORDER DIRECTING PLAINTIFF TO FILE
                                                      AN APPLICATION TO PROCEED IN
13         v.                                         FORMA PAUPERIS OR PAY THE FILING
                                                      FEE
14    BRIAN KIBLER, *et al.*,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has not, however, filed a completed *in forma pauperis* affidavit or paid

19    the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  *See* 28 U.S.C. §§ 1914(a),

20    1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in

21    support of a request to proceed *in forma pauperis* or to submit the required fees totaling $402.00.

22         The revised *in forma pauperis* application form includes a section that must be completed

23    by a prison official, which must be accompanied by a certified copy of the prisoner's prison trust

24    account statement for the six-month period immediately preceding the filing of this action.

25    However, this section is for non-CDCR incarcerated prisoners only.  Because plaintiff is housed

26

27         [1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the
      filing fee but will be allowed to pay it in installments.  Litigants proceeding *in forma pauperis* are
28    not required to pay the $52.00 administrative fee.

                                                    1

1  in CDCR custody, the CDCR will email plaintiff's certified financial information directly to the

2  court.  But plaintiff must still provide a signed and dated application to proceed *in forma*

3  *pauperis*.

4          In accordance with the above, it is hereby ORDERED that:

5          1.  Plaintiff shall submit, within thirty days from the date of this order, either a properly

6  completed application to proceed *in forma pauperis* on the form provided by the Clerk of Court,

7  or the required fees in the amount of $402.00.  Plaintiff's failure to comply with this order will

8  result in a recommendation that this action be dismissed.

9          2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

10  Forma Pauperis By a Prisoner.

11

IT IS SO ORDERED.

12

13

Dated:     September 16, 2021     _____

14                                                                    JEREMY D. PETERSON
                                                                       UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2