UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JESSE HERNANDEZ, Sr., | Case No. 2:21-cv-01629-WBS-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| BRIAN KIBLER, *et al.*, | |
| Defendants. | |

Plaintiff Andrew Hernandez is a state prisoner proceeding without counsel in this action under 42 U.S.C. § 1983. Plaintiff recently filed a motion for accommodation. ECF No. 29. Plaintiff informed the court that he is both visually and hearing impaired and requests that

1

the court issue all correspondence in either 32 point-font or braille. Plaintiff brings this request because the ADA Adaptative Visual Device at his institution broke on July 3, 2023. Until the Adaptive Visual Device at plaintiff's institution is repaired, the court will issue all orders in 32 point-font.[1]  Plaintiff shall notify the court when the machine is fixed, and he no longer requires a large font.

---

[1] Defendants are not required to observe plaintiff's requested accommodation; however, the court invites them to consider it.

Accordingly, it is hereby ORDERED that plaintiff's motion for accommodation, ECF No. 29, is granted. The court will issue orders in 32-point font until plaintiff notifies the court that the ADA Adaptative Visual Device at his institution is repaired.

IT IS SO ORDERED.

Dated:   September 15, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE