UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JESSE HERNANDEZ, Sr., | No. 2:21-cv-01629-WBS-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| BRIAN KIBLER, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 1, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed September 1, 2023, are adopted in full;

2. Defendants' motion to dismiss, ECF No. 22, is granted in part as to plaintiff's ADA claims, and that these claims are dismissed without leave to amend; and

3. Defendants' motion to dismiss, ECF No. 22, is denied in part as to plaintiff's Eighth Amendment claims.

Dated:  October 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE