UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JESSE HERNANDEZ, Sr., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN KIBLER, *et al.*, <br><br> Defendants. | Case No.  2:21-cv-01629-WBS-JDP (PC) <br><br> **ORDER** <br><br> GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME <br><br> ECF No. 47 |

Plaintiff has filed a motion for extension of time to file an opposition to defendants' motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time, ECF No. 47, is granted; and

2.  Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion to dismiss.

1

IT IS SO ORDERED.

Dated:   August 6, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2