UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JESSE HERNANDEZ, | Case No. 2:21-cv-1629-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| BRIAN KIBLER, et al., | |
| Defendant. | |

Plaintiff, a state prisoner, brought this action in state court alleging that defendants Spearman, Gray, Miranda, and Kibler violated his rights under the Eighth Amendment and the Americans with Disabilities Act ("ADA") when they discontinued various medical devices that had been prescribed for his disabilities. I granted defendants' motion to dismiss, ECF No. 42, noting that plaintiff had been insufficiently specific as to the alleged misconduct of each defendant. I gave plaintiff leave to amend, however, and he has now filed his third amended complaint. ECF No. 56. I have reviewed it pursuant to 28 U.S.C. § 1915A(a) and determined that, for screening purposes, it states viable Eighth Amendment claims for inadequate medical care against defendants Spearman, Gray, Miranda, and Kibler. These defendants have already been served and have answered the complaint. ECF No. 57. This action shall now proceed based on the Eighth Amendment claims in the third amended complaint.

Accordingly, it is ORDERED that this action shall proceed based on the Eighth Amendment claims for inadequate medical care against defendants Spearman, Gray, Miranda, and Kibler contained in the third amended complaint.

IT IS SO ORDERED.

Dated: November 6, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE