1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANDREW JESSE HERNANDEZ, Sr.,            Case No.  2:21-cv-1629-JDP (P)

12              Plaintiff,

13        v.                                  ORDER

14   BRIAN KIBLER, *et al*.,

15              Defendants.

16

17        Plaintiff filed a motion for extension of time to file an opposition to defendants' motion.

18   Good cause appearing, IT IS HEREBY ORDERED that:

19        1.  Plaintiff's motion for an extension of time, ECF No. 66, is GRANTED; and

20        2.  Plaintiff is granted until June 26, 2025, in which to file an opposition defendants'

21   motion.

22

23   IT IS SO ORDERED.

24

25   Dated:    June 16, 2025                  _____

26                                            JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE

27

28

                                             1