IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW JESSE HERNANDEZ, SR.,** | Case No. 2:21-cv-1629-JDP (P) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING** |
| | **DEFENDANTS' MOTION TO MODIFY** |
| **v.** | **THE SCHEDULING ORDER** |
| **BRIAN KIBLER, et al.,** | |
| Defendants. | |

Defendants moved to modify the scheduling order to extend the deadline to file a merits-based motion for summary judgment from March 3, 2026, to April 3, 2026. Upon due consideration and good cause appearing, the Court **GRANTS** the motion. Defendants' merits-based motion for summary judgment must be filed on or before April 3, 2026.

IT IS SO ORDERED.

Dated:    February 6, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1